UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOANN HESTER, | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:14-CV-282-D** |
| V. | ) | |
| | ) | |
| DISH NETWORK, LLC, and | ) | |
| CONVERGENT OUTSOURCING, INC., | ) | |
| Defendants. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motion for summary judgment [D.E. 16] and DENIES plaintiff's motion for settlement conference [D.E. 22]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

**This Judgment Filed and Entered on September 2, 2016, and Copies To:**

| | |
|---|---|
| Christopher W. Livingston | (via CM/ECF Notice of Electronic Filing) |
| David M. Duke | (via CM/ECF Notice of Electronic Filing) |
| David Aaron Senter, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

September 2, 2016  (By)  /s/ Nicole Briggeman
   Deputy Clerk